IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHAD STITES,

                                                        JUDGMENT IN A CIVIL CASE

    Plaintiff,

                                                        11-cv-383-wmc

v.

DAVID MAHONEY, JASON RUSSELL,
JOHN BROGAN, MICHAEL PLUMER and
DR. JASMIN YUSUF-SAFAVI,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying plaintiff leave to proceed and dismissing his claims against Jason Russell and John Brogan; and

    (2) granting David Mahoney, Michael Plumer and Dr. Jasmin Yusuf-Safavi's motion for summary judgment for failure to exhaust administrative remedies as required by 42 U.S.C. § 1997e(a) and dismissing this case without prejudice.

| /s/ | 8/27/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |