IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| CHAD STITES | ) | Case No. 12-CV-383) |
| Plaintiff, | ) | |
| V. | ) | **NOTICE OF APPEAL** |
| DAVID MAHONEY et.al. | | |
| Defendants. | | |

### NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that CHAD STITES, plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the order denying plaintiff RELIEF UNDER 42 USC 1983 AND GRANTING DEFENDANTS summary judgement, entered in this action by Honorable Judge Conley, on the 27 th day of AUGUST, 2014.

DATED 9/16/14

Respectfully Submitted,