WESTERN DISTRICT of WISCONSIN

Chad Stites,

    Plaintiff,

vs.                      Case No.12-CV-383-wmc

David Mahoney et.al.

    Defendants.          **NOTICE OF APPEAL**

Notice is hereby given that plaintiff Chad Stites in the above case hereby appeals to the Seventh Circuit Court of Appeals from the final order entered in this action on March 4th, 2016.

Dated 4/4/2016

Respectfully Submitted

Chad Stites
P.O Box 6111
Madison, WI 53716